[No. 3648–1–III.   Division Three.   February 19, 1981.]

## The Village Store, Inc., *Respondent,* v. John Thornhill, et al, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 239663, John J. Lally, J., entered

September 25, 1979. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.